452 A.2d 66

Commonwealth v. Rucker, Appellant.

Submitted March 31, 1978. Franklin A. Wurman, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., MONTGOMERY and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.